IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| BLAKE R. WOTRING, | ) | |
| Plaintiff, | ) ) ) | 2:15-CV-01710-JFC |
| vs. | ) ) | |
| THOMAS STOUGHTON, JOHN LALLY, MARK ROBERTS, SEKUWORKS, LLC, | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM ORDER

CONTI, Chief District Judge.

The present action was removed to this court on December 29, 2015. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D. The defendants moved to dismiss the complaint for lack of personal jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(2), (6). The magistrate judge's report and recommendation filed August 29, 2016 recommended that the defendant's motion be granted insofar as the court does not have personal jurisdiction over defendants Thomas Stoughton, John Lally and Mark Roberts and further recommended that the case be transferred to the United States District Court for the Southern District of Ohio. Rep. and Rec. [ECF No. 26]. Service of the Report and Recommendation was made on all parties. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 they had until September 12, 2016 to file any objections, and the parties were subsequently granted an extension of time to file objections by September 18, 2016. As of this date, no objections have been filed.

1

Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 22nd day of September, 2016, IT IS HEREBY ORDERED that defendants' motion to dismiss for lack of personal jurisdiction [ECF No. 15] is GRANTED and this case is TRANSFERRED forthwith to the United States District Court for the Southern District of Ohio, Cincinnati Division.

IT IS FURTHER ORDERED that the Report and Recommendation [ECF No. 26] of Magistrate Judge Cynthia Reed Eddy is hereby adopted as the Opinion of the District Court.

By the court,

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States Chief District Judge

cc: The Honorable Cynthia Reed Eddy
United States District Court
Western District of Pennsylvania

*Counsel of record via CM-ECF*